UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: STECKLOW & THOMPSON - 2334

---

JAMEL SWINTON

Plaintiff(s)

- against -

THE CITY OF NEW YORK ETAL

Defendant(s)

Index #: 17CV1137-LGS

Date Filed:

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS
ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.



That on March 20, 2017 at 01:56 PM at

NYPD, 42ND PRECINCT
830 WASHINGTON AVENUE
BRONX, NY 10451

deponent served the within true copy/copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT on
P.O. DIOGENESIS HERNANDEZ, the defendant/respondent therein named,

**SUITABLE AGE**    by delivering thereat a true copy/copies of each to P.O. DAVILA a person of suitable age and discretion. Said premises
is the defendant's/respondent's actual place of business within the state. He identified himself as being AUTHORIZED
to accept for the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|-----------|-----------|--------------|-----------------|-----------------|
| MALE | TAN | BLACK | 34 | 5'8 | 210 |

**MAILING**    Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at
the defendant's/respondent's actual place of business at

NYPD, 42ND PRECINCT
830 WASHINGTON AVENUE
BRONX, NY 10451

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States
Postal Service within New York State on March 20, 2017 by REGULAR FIRST CLASS MAIL in an envelope marked
PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the
communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the defendant was in the military service of the State of New York or the United
States and received a negative reply. Upon information and belief based upon the conversation and observation as
aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as
that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on:  March 20, 2017

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY  10007

**CARL BOUTON**
License #: 2011838
Docket #:    *1020591*