UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JAMEL SWINTON,

                              Plaintiff,

          -against-

THE CITY OF NEW YORK, P.O. DIOGENESIS
HERNANDEZ, SGT. DAVON ALSTON, P.O.
TORELL, P.O. CLARKE, and JOHN DOE POLICE
OFFICERS 1-6,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF SUBSTITUTION OF COUNSEL**

17-CV-1137 (LGA)(JLC)

      **PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of Maria DeCastro, Esq., as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendants City of New York:

                    Kaitlin Fitzgibbon, Esq.
                  *Assistant Corporation Counsel*
                  New York City Law Department
                  100 Church Street
                  New York, NY 10007
                  (212) 356-5057
                  kfitzgib@law.nyc.gov

      From this date forward, please serve all pleadings on the attorney for defendant

City of New York at the address set forth above, and please remove Maria DeCastro as counsel of record.

Dated: New York, New York
May 22, 2017

        ZACHARY W. CARTER
        Corporation Counsel of the City of New York
        *Attorney for Defendant City of New York*
        100 Church Street
        New York, New York 10007
        (212) 356-5057

        By: ___/s/_____
        Kaitlin Fitzgibbon, Esq.
        *Assistant Corporation Counsel*

cc:    Wylie M. Stecklow
        Stecklow Cohen & Thompson
        *Attorneys for Plaintiff*
        217 Centre Street, 6th fl.
        New York, NY 10013
        212-566-8000
        Fax: 212-202-4952
        Email: ecf@wylielaw.com