**WYLIE M. STECKLOW**  WWW.LAWYERSFORTHERESTOFUS.COM
**STECKLOW & THOMPSON**

217 CENTRE ST. FL. 6
NEW YORK, NY 10013
T(212) 566-8000
F(888) 566-7999
WYLIE@SCTLAW.COM

August 17, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/17

Hon. Judge Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Matter:    *Swinton v. City of New York*
               Index #:   17CV01137 (LGS(JLC))

Dear Honorable Judge:

      Please take notice that I am the attorney representing the plaintiff in the above referenced matter. Earlier this week, the parties participated in a lengthy 1983 plan mediation. The parties seemed to have reached an agreement and have run into difficulties with the scope of the settlement paperwork. **Plaintiff would like to have this matter referred to the assigned Magistrate Judge for a settlement conference** to determine if the issue that is keeping the parties from finalizing their settlement can be resolved.

By August 21, 2017, Defendant shall file a letter stating whether it consents to a referral to Judge Cott for settlement.

                                      Respectfully submitted,

Dated: August 17, 2017                                Wylie M. Stecklow, Esq.
      New York, New York

                         **LORNA G. SCHOFIELD**
                  **UNITED STATES DISTRICT JUDGE**