UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/17_____

----------------------------------------------------------- X

JAMEL SWINTON,
                           Plaintiff,

               -against-

THE CITY OF NEW YORK, et al.,
                         Defendants.

:
:
:
:
:
:
:
:
:

17 Civ. 1137 (LGS)

ORDER

----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS the Order dated August 17, 2017, required Defendants to file a letter by August 21, 2017, stating whether or not they consent to a referral to Judge Cott for settlement;

WHEREAS, Defendants failed to file the letter;

WHEREAS, the order dated August 22, 2017, required Defendants to file the letter by August 24, 2017, at noon;

WHEREAS, Defendants failed to file the letter. It is hereby

**ORDERED** that Defendants shall file the letter as soon as possible, and no later than **August 28, 2017, at 5 PM**. Defendants are warned that continued failure to comply with Court-ordered deadlines may result in sanctions or other prejudices.

Dated: August 24, 2017
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**