

**ZACHARY W. CARTER**
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**KAITLIN FITZGIBBON**
*Assistant Corporation Counsel*
Phone: (212) 356-5057
Fax: (212) 356-3559
Email: kfitzgib@law.nyc.gov

August 25, 2017

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>Jamel Swinton v. City of New York et al.</u>, 17-cv-1137 (LGS)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter on behalf of defendants City of New York, Hernandez and Alston (hereinafter "defendants"). Defendants write pursuant to the Court's Order of August 17, 2017, directing defendants to file a letter stating whether they will consent to a referral to Magistrate Judge Cott for settlement. (<u>See</u> Docket Entry No. 14). Defendants hereby consent to a referral to Magistrate Judge Cott for settlement purposes.

Thank you for your consideration herein.

Respectfully submitted,

/s/
Kaitlin Fitzgibbon
Assistant Corporation Counsel
Special Federal Litigation Division

cc: **VIA ECF**
Wylie M. Stecklow
*Counsel for Plaintiff*